UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

v.

D-1 ALONZO JONES,

     Defendant.

_____/

Case: 2:21−cr−20678
Assigned To : Steeh,
George Caram
Referral Judge: Altman,
Kimberly G.
Assign. Date : 11/4/2021

Criminal No.

Honorable

Violation: 18 U.S.C. § 666(a)

## **INFORMATION**

The United States Attorney Charges:

## **GENERAL ALLEGATIONS**

At all times relevant to this Information:

1.    Defendant ALONZO JONES was an agent of the City of Detroit,

Michigan, in that he was employed as a police officer of the Detroit Police

Department (DPD).

2.    The disposition of abandoned vehicles is governed by the Michigan

Vehicle Code, MCL §§ 257.252a – 257.252m, which is adopted and incorporated

by City of Detroit Ordinance § 46-3-1. Part of DPD's responsibilities include

recovering and reporting abandoned vehicles in the City of Detroit. Once an

1

abandoned vehicle is located, DPD contacts an authorized tower to tow and store the vehicle. DPD is required to notify the Secretary of State (SOS) when a vehicle is taken into custody as abandoned so the SOS can notify the last titled owner and secured party.

3.    If an abandoned car is unclaimed, then DPD or a designated custodian or third party can sell the vehicle at a public auction according to procedures established by the Michigan Vehicle Code. Some of the required procedures include an auction that is open to the public after notice of the sale has been published. The money from the sale of abandoned vehicles is applied to pay any accrued towing and storage charges, expenses incurred by DPD or the vehicle custodian, and a $40.00 abandoned vehicle fee. The balance of the money is sent to the Michigan Department of Treasury's Unclaimed Property Division to be disbursed according to law. If there are no bidders on an auctioned abandoned vehicle, DPD can transfer ownership of the vehicle to the towing company.

4.    From at least 2009 until he retired in May 2021, ALONZO JONES was responsible for overseeing and running the Detroit Police Vehicle Auction for DPD and the City of Detroit. Part of the defendant's duties included preparing and signing truthful TR-52L forms. A TR-52L form is the Bill of Sale that is transmitted to the Michigan Secretary of State and used to record the public

auction of seized or abandoned vehicles by a law enforcement agency such as DPD.

5.      From in or about July 2019, through in or about May 2021, ALONZO JONES corruptly accepted approximately $3,200 in bribe payments from a confidential source involved in the towing industry ("CS") and an undercover federal agent ("UC") with the intent to be influenced and rewarded in connection with JONES providing and agreeing to provide falsified TR-52L forms. The falsified TR-52L forms effectively transferred ownership of abandoned vehicles to CS and UC without holding a public auction as required by law.

6.      The City of Detroit was a local government entity that received federal assistance in excess of $10,000 during each of the calendar years 2019, 2020, and 2021.

## COUNT ONE
### 18 U.S.C. § 666(a)(1)(B) –
### Bribery Concerning Programs Receiving Federal Funds

7.      The allegations in paragraphs 1 through 6 are incorporated into this count by reference.

8.      From in or about July 2019, through in or about May 2021, in the Eastern District of Michigan, defendant ALONZO JONES did knowingly and corruptly accept and agree to accept approximately $3,200 in cash bribe payments from CS and UC, with the intent to be influenced and rewarded in connection with

a business, transaction, or series of transactions of the City of Detroit, Michigan

involving $5,000 or more.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).


SAIMA S. MOHSIN
Acting United States Attorney


*s/David A. Gardey*
DAVID A. GARDEY
Chief, Public Corruption Unit

*s/Frances Lee Carlson*
FRANCES LEE CARLSON
Assistant United States Attorney

Dated: November 3, 2021

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover Sheet | Case Number: |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| Companion Case Information | Companion Case Number: |
|---|---|
| This may be a companion case based on **LCrR 57.10(b)(4)[1]**: | |
| ☐Yes ☑No | **AUSA's Initials: FLC** |

**Case Title:**     USA v.  Alonzo Jones

**County where offense occurred:**     Wayne

**Offense Type:**     Felony

Information -- **no** prior complaint

## Superseding Case Information

**Superseding to Case No:** _____     **Judge:** _____

   **Reason:**


| **Defendant Name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|


**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case**

Date:  November 3, 2021

Frances Lee Carlson
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
frances.carlson@usdoj.gov
(313) 226-9696
Bar #: P62624


[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.