United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                                                Hon. George Caram Steeh

v.

                                                Case No. 21-cr-20678

Alonzo Jones,

        Defendant.
_____/

## Stipulation to Continue the Sentencing Date

The United States of America and the defendant, Alonzo Jones, by and through their respective counsel (collectively, the "parties"), hereby stipulate and jointly move the Court to continue the defendant's sentencing hearing date from May 10, 2022 to June 14, 2022, at 2:00 p.m.

Respectfully Submitted,

DAWN N. ISON
United States Attorney

*s/ Frances Lee Carlson*_____     *s/ Todd Russell Perkins*_____
Frances Lee Carlson                 Todd Russell Perkins
Assistant United States Attorney    Attorney for Alonzo Jones
211 W. Fort Street, Suite 2001       615 Griswold, Suite 500
Detroit, MI 48226                       Detroit, MI 48226
(313) 226-9696                          (313) 964-1702
Frances.carlson@usdoj.gov          tperkins@perkinslawgroup.net

Dated: May 5, 2022

United States District Court
Eastern District of Michigan
Southern Division

United States of America,

                                                 Hon. George Caram Steeh

v.

                                                 Case No. 21-cr-20678

D-1 Alonzo Jones,

       Defendant.
_____/

## Order Continuing the Sentencing Date

The Court has considered the parties' stipulation and joint motion regarding the defendant's sentencing date. Based on the parties' submission IT IS HEREBY ORDERED that the defendant's sentencing date will be continued from May 10, 2022 to June 14, 2022, at 2:00 p.m.

IT IS SO ORDERED.

                                                 s/George Caram Steeh
                                                 George Caram Steeh III
                                                 United States District Judge

Dated: May 6, 2022