# Exhibits –

# Letters of Support

February 16, 2022


Todd Russell Perkins, ESQ.
615 Griswold Suite 400.
Detroit, MI 48226

RE: Alonzo Steve Jones

Dear Attorney Perkins,

This letter is being sent to provide some insight into my years long friendship with Alonzo Steve Jones and his character. It is my hope that this letter is taken into consideration for leniency when the court sentences him in the coming weeks.

I met Steve when we both attended Louis Pasteur Elementary School in the first grade and maintained a friendship with him throughout our childhood to this day. Steve and I were both somewhat quiet and reserved, which is likely the reason we became and stayed friends throughout the years. Everyone who knows Steve can speak to his loyalty, dependability and easygoing personality. While none of us is perfect, I have rarely, if ever, heard someone speak negatively about Steve.

He and I took different career paths after high school, and after a brief stint in college, Steve returned to Detroit to serve his community as a police officer for 34 years. While there was an unfortunate turn of events near the end of his career, he successfully carried out his various assignments prior to that, which his record can attest to. As someone who has mainly worked in the corporate world, I always admired Steve and the other officers who put their lives one the line to protect citizens.

Most of all Steve is a family man, who saw to it that both of his daughters attended and graduated from college, along with his nieces. There's never anything he wouldn't do to make sure his wife and daughters were supported, including sports and academic activities. His love for his family was broadened with the birth of his first granddaughter, Tru, in 2020. Steve has spent the initial months of his retirement continuing his family first tradition by caring for Tru in order to allow his daughter the ability to pursue her career without concerns about childcare.

Again, it is my hope that my letter is taken into consideration for leniency when determining the sentence for Steve. I have no doubt that he is very remorseful and has learned from this experience and will be a better person for it in the future.

Regards,


Anthony Stephens

Dionna Wilson
33746 Morningside
Fraser MI  48026

January 3, 2022

Perkins Law Group
Todd Russell Perkins, ESQ.
615 Griswold Suite #400
Detroit  MI  48226

Dear Mr. Perkins,

I was asked to write a brief character assessment for Alonzo Jones.  I must say I am glad to have the opportunity to speak on this man's character.

I have known Alonzo since 2003, and in this time I have learned quite a bit about his character. He has provided my children a father figure, encouraged them, and has been instrumental in providing them with advice that has assisted them from adolescence to adulthood – even helping my oldest son decide on a college (where he graduated with a criminal law degree) and encouraging him to pursue a career in law enforcement.

Mr. Jones is respectful, reliable, and responsible.  He treats people as if they matter in this world regardless of background.  If he tells you he is going to do something, best believe it gets done.  Sometimes he has solved my problems *before* I have even asked – and I am truly grateful for that.  He is responsible in the sense that he takes good care of personal and professional relationships.  He goes out of his way to avoid confrontation.  Maintaining his family, home, and friendships are character traits that are moral to have and should be valued.  His empathy for others is unprecedented..

Retired Officer Jones is a solid family man and true friend.  He loves his family and friends without judgement.  If you are blessed enough to have this man in your close inner circle, you have a person that is loyal, loving, and wise.  A very smart man that will give you the best guidance possible and if needed, the shirt off his back.

With all that said, I cannot ignore the reason for this letter. I write this letter with a heavy hand because I know that Alonzo's character is not reflective of what is being depicted by this accusation. In life, we *all* have made bad decisions or done some things we have regretted. Alonzo is a good man with a strong moral compass and typically walks on the right side of the law, avoiding confrontation. That is how he lives life. Rest assured, Mr. Jones will learn from this and be accountable. My wish is that probation is granted because he does not deserve this. And if probation is granted, he will definitely abide by the rules and regulations as laid out by the court.

Sincerely,


Dionna Wilson
313-407-6299
Dionna1169@yahoo.com

To whom it may concern,

Alonzo Steven Jones, the youngest of five children, spent his formative years in a structured, loving two-parent household in Northwest Detroit. His parents, like most in this working-class neighborhood, sought to provide a stable home and instill core values that would nurture them spiritually, and mold he and his siblings into solid citizens and contributing members of the community.

Alonzo was a well-behaved child who frequently and unabashedly expressed his love for his adoring family and cherished friends.

His parents also stressed to Alonzo and his siblings that education was a key component to personal and professional growth and development. Alonzo graduated from St Martin de Pores High School and went on to attend Virginia Commonwealth University.

My own parents died while I was young, and his family did not hesitate to take me into their home and their hearts. They, and Alonzo in particular, embraced me as a member of their immediate family and I continued to live with them until I completed college. During those years I fondly recall Alonzo eagerly participating in charitable events, and regularly volunteering his services for community activities with me.

Many friends and family members thought he was mature beyond his years, and as his babysitter I can attest to his remarkable level of responsibility and his ability to take directions, take on tasks without complaint and see projects through to completion. It was a pleasure to work with him and share in his joy for helping others.

After Alonzo married and began his own family, it was clear that he appreciated the lessons learned from his parents and was committed to instilling many of those principles in his two daughters, love and integrity being prime among them. And, like his parents, he believed in the importance of education and encouraged his children to pursue their educational goals and academic endeavors. Alonzo's oldest daughter has earned a masters' degree while the youngest has earned a bachelors' degree.

Over the years, Alonzo has volunteered in numerous community organizations including; the United Negro College Fund, the NAACP, the Detroit Police Athletic League, and Goodfellows. He also assisted with food distribution to the needy at St Moses church.

Alonzo and I worked closely as caregivers for his mother and uncle during their elderly years. Ultimately, Alonzo was the primary care taker for his uncle, a responsibility he took on with honor and embraced it as an opportunity to give back to those he loved.

I observed first-hand how unconditionally loving and devoted this caring father is to his family. So much so that I proudly selected him executor of my estate as I have no children and am confident in his abilities and sense of fairness.

Alonzo has always made himself available to assist me with anything I need. He is attentive and reliable, and I trust him with matters of great importance to me and my wellbeing. During the pandemic I depended on Alonzo to make sure I had food, provisions and proper care. He was fervent about my security and safety.

Alonzo is, in no uncertain times, an integral part of my life and he is an exceptionally important part of the future of our family.

If you need additional information, please do not hesitate to contact me.

Regards,

Mable V Jones
8120 E. Jefferson Apt 7M
Detroit, Michigan 48214
313499-8018